IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL HERNANDEZ,<br>    *Plaintiff,* | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 18-CV-3815 |
| CORRECTIONS EMERGENCY<br>RESPONSE TEAM (CERT), *et al.*,<br>    *Defendants.* | : <br> : <br> : | |

## ORDER

AND NOW, this 11th day of October, 2018, upon consideration of Plaintiff Manuel Hernandez's *pro se* Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

        **BY THE COURT:**


        */s/ Gerald J. Pappert*
        **GERALD J. PAPPERT, J.**